BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. Cr. S-12-051 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RE: |
| v. ) | SURRENDER OF DEFENDANT |
| ) | VALENTINA BEKNAZAROV'S |
| VALENTINA BEKNAZAROV, et al., ) | PASSPORTS |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, by and through their undersigned counsel, that, as a condition of her pretrial release, defendant VALENTINA BEKNAZAROV agrees to surrender her passport to the Clerk of the District Court for the Eastern District of California by March 5, 2012, and to refrain from applying

////
////
////

1

for any new passports or travel documents during the pendency of this case.

DATED: March 5, 2012

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                             By: s// R. Steven Lapham
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney

DATED: March 5, 2012

                                    s// Chris Cosca
                                    CHRIS COSCA
                                    Counsel for Valentina Beknazarov

O R D E R

The defendant, Valentina Beknazarov is ordered to surrender her passports to the Clerk's Office by March 5, 2012.  It is further ordered that he shall not apply for a new passport or any travel documents during the pendency of this case.

DATE:  March 6, 2012

                                                _____
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE