Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA  95814
Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Anatoliy Beknazarov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-0051 MCE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE OF |
| | ) | STATUS HEARING FROM MARCH 7, |
| v. | ) | 2013 TO APRIL 11, 2013 |
| | ) | |
| VALENTINA BEKNAZAROV, | ) | |
| ANATOLIY BEKNAZAROV, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Steven Lapham, Esq. and Defendant Anatoliy Beknazarov through his attorney Philip Cozens, Esq., that:

   The Status Hearing currently scheduled for March 7, 2013, at 9:15 a.m. in Judge England's Court be re-scheduled for April 11, 2013 at 9:15 a.m. in Judge England's Court.  The stipulated continuance is necessary for Defendant's attorney to consult with an immigration lawyer regarding the immigration consequences of the potential settlement of the allegations against Defendant.

   Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial.  Time

should be excluded from speedy trial calculations from March 7, 2013 through and including April 11, 2013.

Defendant Valentina Beknazarov, through her attorney Chris Cosca, joins in the above stated stipulation.

It is so stipulated.

Dated: March 5, 2013 /s/ Steven Lapham, Esq.
Steven Lapham, Esq.
Assistant United States Attorney
Eastern District of California


/s/ Philip Cozens
Philip Cozens
Attorney for Defendant Anatoliy Beknazarov


/s/ Chris Cosca
Chris Cosca
Attorney for Defendant Valentina Beknazarov


**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Status Hearing currently scheduled for March 7, 2013, at 9:15 a.m. in Judge England's Court be re-scheduled for April 11, 2013 at 9:15 a.m. in Judge England's Court.  The stipulated continuance is necessary for Defendant's attorney to consult with an immigration attorney regarding the immigration consequences of a potential settlement of the allegations against Defendant.  Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the

public's interest in a speedy trial. Time will be excluded from speedy trial calculations from March 7, 2013 through and including April 11, 2013.

IT IS SO ORDERED.

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE