BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VALENTINA BEKNAZAROV, AND ANATOLIY BEKNAZAROV, <br><br> Defendants. | CASE NO. 2:12-CR-051 MCE <br><br> STIPULATION AND ORDER REGARDING CONTINUANCE OF JUDGMENT AND SENTENCING DATE |

**STIPULATION**

Plaintiff United States of America, by and through its respective counsel, and defendants Valentina and Anatoliy Beknazarov, by and through their respective counsel, hereby stipulate to continue the previously scheduled sentencing date of January 30, 2014, to March 27, 2014, and jointly request that the Court order such continuance. The probation office does not object to this request.

Dated: January 20, 2014                              BENJAMIN B. WAGNER
                                                     United States Attorney


                                                     /s/ MICHELE BECKWITH
                                                     MICHELE BECKWITH
                                                     Assistant United States Attorney

1

Dated: January 20, 2014                    /s/ Christopher R. Cosca
                                           CHRISTOPHER R. COSCA
                                           Counsel for Defendant
                                           Valentina Beknazarov

Dated: January 20, 2014                    /s/ Philip Cozens
                                           PHILIP COZENS
                                           Counsel for Defendant
                                           Anatoliy Beknazarov

**ORDER**

IT IS SO ORDERED.

Dated: January 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2