UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br>v.<br>VALENTINA BEKNAZAROV,<br>Movant. | No. 2:12-cr-0051 MCE CKD P<br><br>ORDER |

Movant, proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Under Rule 4 of the Rules Governing Section 2255 Cases, the court must review all § 2255 motions and summarily dismiss any motion if it is plain that the movant is not entitled to relief.

In her motion, movant does not state a factual or legal basis for relief. Rather, she points to attachments and seemingly directs the court to discern the basis for relief from them. This is not appropriate. Good cause appearing, movant's § 2255 motion will be denied without prejudice and with leave to amend. If movant elects to amend, she must articulate the basis of her claim in the body of her motion and not simply point to attachments. If movant does not file an amended motion, the court will recommend that this § 2255 action be closed.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's § 2255 motion is denied without prejudice and with leave to amend within 30 days. If movant elects to amend, her amended motion must be filed on the form provided by the Clerk of the Court, must comply with this order and must include the docket number assigned to this case on her amended motion. Failure to comply with this order will result in a recommendation that this § 2255 action be closed.

2. The Clerk of the Court is directed to send movant the court's form for habeas relief under 28 U.S.C. § 2255.

Dated: November 9, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bekn(V)0051.dlta