1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2:12-cr-0051 MCE CKD P

12              Respondent,

13         v.                                FINDINGS AND RECOMMENDATIONS

14    VALENTINA BEKNAZAROV,

15              Movant.

16

17         On November 9, 2017 the court denied movant's 28 U.S.C. § 2255 motion without

18    prejudice to movant filing an amended motion within 30 days.   The 30 day period has now

19    expired and movant has not filed an amended motion.   Accordingly, IT IS HEREBY

20    RECOMMENEDED that:

21         1.  This 28 U.S.C. § 2255 action be closed; and

22         2.  The Clerk of the Court be directed to close the companion civil case No. 2:17-cv-2131

23    MCE CKD.

24         These findings and recommendations are submitted to the United States District Judge

25    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).   Within fourteen days

26    after being served with these findings and recommendations, movant may file written objections

27    with the court and serve a copy on all parties.   Such a document should be captioned "Objections

28    to Magistrate Judge's Findings and Recommendations."   In her objections, movant may address

                                              1

1   whether a certificate of appealability should issue in the event she files an appeal of the judgment

2   in this case.  See Rule 11, Federal Rules Governing Section 2255 Cases (the district court must

3   issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

4   Movant is advised that failure to file objections within the specified time waives the right to

5   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

6   Dated:  December 19, 2017

7   _____
    CAROLYN K. DELANEY

8   UNITED STATES MAGISTRATE JUDGE

11   1

    bekn(V)0051.frs

12

2