1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:12-cr-0051 MCE CKD P

12              Respondent,

13        v.                                ORDER

14   VALENTINA BEKNAZAROZ,

15              Movant.

16

17        Movant, proceeding pro se, filed a motion to vacate, set aside or correct her sentence

18   pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On December 19, 2017, the magistrate judge filed findings and recommendations herein

21   which were served on movant and which contained notice to movant that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Movant has not filed

23   objections to the findings and recommendations.

24        The Court presumes that any findings of fact are correct.  See Orand v. United States, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

27   reviewed the file, the Court finds the findings and recommendations to be supported by the record

28   and by the magistrate judge's analysis.

                                     1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 19, 2017 (ECF No. 143), are ADOPTED in full;

2.  This 28 U.S.C. § 2255 action is closed;

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4.  The Clerk of the Court is directed to close the companion civil case, No. 2:17-cv-2131 MCE CKD P.

IT IS SO ORDERED.

Dated:  January 24, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE